LALEAQUE GRAD, ESQ.
Nevada Bar No. 8475
THE GRAD LAW FIRM
8275 S. Eastern Avenue, Suite 200-352
Las Vegas, NV  89123
Telephone: (702) 990-8387
Facsimile:   (702) 990-8681
lgrad@gradlawfirm.com

MORIS DAVIDOVITZ., ESQ.
California Bar No. 70581 (will comply with LR IA 10-2 within 20 days)
PATRICIA S. LAKNER, ESQ.
California Bar No. 115007 (will comply with LR IA 10-2 within 20 days)
DAVIDOVITZ +BENNETT
101 Montgomery Street,, Suite 2550
San Francisco, CA  94104-4176
Telephone: (415) 956-4800
mdavidovitz@dblawsf.com
plakner@dblawsf.com

Attorneys for Defendant
QUANTA INDEMNITY CORPORATION AS SUCCESSOR IN INTEREST TO QUANTA SPECIALTY LINES INSURANCE COMPANY, erroneously sued as  QUANTA SPECIALTY LINES INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, ) ) Plaintiff, ) ) vs. ) ) QUANTA SPECIALTY LINES INSURANCE) COMPANY and DOES 1 - 10, inclusive, ) ) Defendants. ) ) | CASE NO.: 2:15-CV-02439-JCM-CWH  FIRST STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT QUANTA SPECIALTY LINES INSURANCE COMPANY TO ANSWER PLAINTIFF'S COMPLAINT |

Plaintiff EVANSTON INSURANCE COMPANY's Complaint for Declaratory Relief and Equitable Contribution was filed on December 21, 2015 and served on Defendant QUANTA SPECIALTY LINES INSURANCE COMPANY, (hereinafter, "Quanta") by personal service on January 26, 2016.  Plaintiff and Quanta hereby stipulate to an extension of time for Quanta to file

1

and serve its answer to the Complaint.  Pursuant to the stipulation and agreement of each party's respective counsel of record, Quanta shall have until and including, February 23, 2016, to file and serve its answer to the Complaint.

**IT IS SO STIPULATED**

Dated:  February 16, 2016          **THE GRAD LAW FIRM**

                                   **By*:*     */s/ Laleaque Grad***

                                   LALEAQUE GRAD
                                   Attorneys for Defendant,
                                   QUANTA INDEMNITY CORPORATION AS SUCCESSOR IN INTEREST TO QUANTA SPECIALTY LINES INSURANCE COMPANY, erroneously sued as QUANTA SPECIALTY LINES INSURANCE CO.

Dated:  February 16, 2016          **MORRIS POLICH & PURDY LLP**

                                   **By:   */s/ Nicholas M. Wieczorek***

                                   NICHOLAS M. WIECZOREK
                                   Attorneys for Plaintiff,
                                   EVANSTON INSURANCE COMPANY

**IT IS SO ORDERED.**

Dated: February 17, 2016           _____
                                   United States District Court, District of Nevada

2

STIPULATION AND ORDER FOR EXTENSION OF TIME      CASE NO.: 2:15-CV-02439-JCM-CWH
FOR QUANTA TO ANSWER COMPLAINT