NICHOLAS M. WIECZOREK
Nevada State Bar No. 6170
MORRIS POLICH & PURDY LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
nwieczorek@mpplaw.com

Attorneys for Plaintiff
EVANSTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>QUANTA SPECIALTY LINES INSURANCE COMPANY and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:15-CV-02439-JCM-CWH<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER THEREON**<br><br>**Hon. James C. Mahan** |

IT IS HEREBY STIPULATED by and between plaintiff Evanston Insurance Company and defendant Quanta Indemnity Corporation as successor in interest to Quanta Specialty Lines Insurance Company, by and through their counsel of record, that pursuant to Federal Rule of Civil Procedure 41(a)(1), the court dismiss the entire action with prejudice with each party to bear its own costs (except as set forth in the parties' Settlement Agreement) and attorney fees.

Dated: July 5, 2016.                    MORRIS POLICH & PURDY LLP


                                        By:   /s/ Nicholas M. Wieczorek
                                              Nicholas M. Wieczorek
                                              Attorneys for Plaintiff
                                              EVANSTON INSURANCE COMPANY

///

Dated: July 5, 2016.                                         DAVIDOVITZ & BENNETT

By:  /s/ Patricia S. Lakner
     Patricia S. Lakner
     Attorneys for Defendant QUANTA
     INDEMNITY CORPORATION as
     successor in interest to QUANTA
     SPECIALTY LINES INSURANCE
     COMPANY

## ORDER

This matter having come before the Court on the stipulation for dismissal with prejudice of Plaintiff Evanston Insurance Company and Defendant Quanta Indemnity Corporation as successor in interest to Quanta Specialty Lines Insurance Company, and good cause appearing, the Court hereby dismisses this case, with prejudice, as to all parties and all claims for relief and with each party to bear its own costs (except as set forth in the parties' Settlement Agreement) and attorney fees.

**IT IS SO ORDERED.**

Dated: July 6, 2016

Honorable James C. Mahan
Judge of the District Court